# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Rimond Hanna
4411 W Brownstone Way
Waukegan, IL 60085
SSN: xxx−xx−7275 EIN: N.A.

Case No. :    14−08036
Chapter :    7
Judge :    A. Benjamin Goldgar

---

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: December 22, 2014

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court